# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL DOCKET NO.: 5:10CV173-RLV

| | |
|---|---|
| MATTHEW J. LACEY and )<br>MELISSA A. LACEY, )<br>a/k/a MELISSA A. HEINZE, )<br>a/k/a MELISSA A. SMITH, )<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>EMC MORTGAGE CORPORATION, )<br>a Delaware Corporation, BANK OF AMERICA, )<br>NATIONAL ASSOCIATION, as successor by )<br>Merger to LaSalle Bank National Association, )<br>as Trustee for certificate holders of Bear )<br>Stearns Asset Backed Securities, Inc., Asset )<br>Backed Certificates, Series 2004-1 (Holder) )<br>DAVID A. SIMPSON, (Substitute Trustee); )<br>DOES 1 through 100, inclusive; )<br>        Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on its own motion to inquire as to the status of arbitration.

This case has been stayed since May 2011 for purposes of submitting the dispute to binding arbitration pursuant to the provisions of the Arbitration Provision, as modified by the parties (i.e., arbitrating by AAA rules but not before the AAA). (Docs. 27, 28). Since that time, the parties filed a Status Report, dated May 3, 2013, (Doc. 31) notifying the Court that this matter remains pending in arbitration before the Honorable William H. Freeman. Meanwhile, ninety days has since past with no further information from either party.

**IT IS, THEREFORE, ORDERED** that the parties are hereby directed to file a Status Report **on or before September 6, 2013.**

Signed: August 20, 2013

Richard L. Voorhees
United States District Judge