# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Matthew J. Lacey and Melissa A. Lacey, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 5:10-cv-00173-RLV-DSC |
| vs. | ) ) | |
| EMC Mortgage Corporation, et al Defendant(s). | ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 16, 2013 Order.

December 19, 2013

Frank G. Johns, Clerk
United States District Court